IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| SIMONIA CARTER, : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 2:20-cv-00368-JMG |
| : | |
| NATIONAL CREDIT AUDIT CORPORATION, : | |
| *et al.*, : | |
| Defendants. : | |

_____

# **O R D E R**

**AND NOW,** this 27th day of May, 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                         Kate Barkman
                                         Clerk of Court

                                         By:

                                         */s/ Brian R. Dixon*
                                         Brian R. Dixon
                                         Deputy Clerk to Judge John M. Gallagher